PROB 12B
(7/93)

# United States District Court

## for the

## Eastern District of Washington

Report Date: September 30, 2008

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 02 2008

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jesus Suarez Erevia    Case Number: 2:00CR00108-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 01/25/2001    Type of Supervision: Supervise Release

Original Offense: Conspiracy to Distribute 500 or More Grams of Methamphetamine

Date Supervision Commenced: 08/25/2008

Original Sentence: Prison - 135 Months; TSR - 60 Months

Date Supervision Expires: 08/24/2013

## PETITIONING THE COURT

21    The defendant shall participate in a substance abuse treatment program as directed by the probation officer which may include urinalysis testing to determine if the defendant has used drugs or alcohol. In addition to urinalysis testing that may be part of a formal drug treatment program, the defendant shall submit up to eight (8) urinalysis test per month.

## CAUSE

On August 25, 2008, Mr. Erevia commenced the term of supervision in the District of Oregon. Consistent with United States v. Stephens, the above modification has been requested by the probation officer in Oregon who currently supervises Mr. Erevia

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    9-30-08

Richard B. Law
U.S. Probation Officer

Case 2:00-cr-00108-RHW   Document 54   Filed 10/02/08

Prob 12B
**Re: Erevia, Jesus Suarez**
**September 30, 2008**
**Page 2**

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[✘]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

October 1, 2008
Date

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON—PROBATION OFFICE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 02 2008

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## WAIVER OF HEARING TO MODIFY CONDITIONS OF PROBATION/SUPERVISED RELEASE

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release.

**The defendant shall participate in a substance abuse treatment program as directed by the probation officer which may include urinalysis testing to determine if the defendant has used drugs or alcohol. In addition to urinalysis testing that may be part of a formal drug treatment program, the defendant shall submit up to eight (8) urinalysis tests per month.**

Witness: _____  Signed: _____
U.S. Probation Officer                      Jesus Suarez Erevia
                                             Probationer or Supervised Releasee

                                    Date: 8/27/08